■ LORRAINE PHILLIPE, on Behalf of Herself and All Others Similarly Situated, Appellant, v AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., Respondent.—Order, Su-

preme Court, New York County (Carmen Beauchamp Ciparick, J.), entered April 9, 1992, which granted in part defendant's motion to strike plaintiff's pre-class certification interrogatories, unanimously affirmed, with costs.

"[F]or the action to proceed as a class action, plaintiff[ ] must demonstrate factually that [she] represent[s] a genuine class * * * and that there is merit to the action on behalf of such class" *(Reiken v Nationwide Leisure Corp.,* 75 AD2d 551, 553; *see also, Simon v Cunard Line,* 75 AD2d 283, 288). The court properly granted defendant's motion with respect to those matters not necessary to support plaintiff's application for class status. Concur—Milonas, J. P., Ellerin, Ross and Asch, JJ.